■ The People of the State of New York, Respondent, v Carmelo Perez, Appellant.—Appeal from judgment of the Supreme Court, New York County (Beatrice Shainswit, J.), rendered on September 16, 1982, to be recalendared before a new panel of this court when perfected and assigned counsel relieved and new counsel assigned, all as indicated. No opinion. Concur—Sullivan, J. P., Ross, Kassal, Rosenberger and Wallach, JJ.

■ The People of the State of New York, Respondent, v Derrick Daly, Also Known as Everton Daly, Appellant.— Appeal from judgment of the Supreme Court, New York County (Thomas Galligan, J.), rendered on May 7, 1985, to be recalendared before a new panel of this court when perfected and assigned counsel relieved and new counsel assigned, all as indicated. A motion by defendant-appellant for leave to file a pro se supplemental brief is denied. No opinion. Concur— Kupferman, J. P., Sandler, Carro, Milonas and Smith, JJ.

■ Norah Maroulis et al., Respondents, v 64th Street-Third Avenue Associates et al., Appellants. 64th Street-Third Avenue Associates, Appellant, v Norah Maroulis et al., Respondents.—Order, Supreme Court, New York County (C. Beauchamp Ciparick, J.), entered on June 5, 1986, unanimously affirmed, without costs and without disbursements. Motion by plaintiffs to strike brief of appellant David Berg denied. No opinion. Concur—Sullivan, J. P., Asch, Ellerin and Smith, JJ.

■ The People of the State of New York, Respondent, v Kyle Kearse, Also Known as Kyle Kerse-Terminal, Appellant.—Judgment, Supreme Court, New York County (George Roberts, J.), rendered on April 8, 1986, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sullivan, J. P., Asch, Ellerin and Smith, JJ.